**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Larry Ross** | Social Security number or ITIN  **xxx–xx–6246** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  **7   7/27/17** |
| Case number: | **17–22351** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Larry Ross | |
| 2. | **All other names used in the last 8 years** | aka Lawrence Ross | |
| 3. | **Address** | PO Box 162<br>Wheeling, IL 60090 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Richard J Mason<br>McGuire Woods LLP<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601 | Contact phone 312 750–3527 Ext. 3527<br>Email: rmason@mcguirewoods.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.  Contact phone 1–866–222–8029  Date: 7/28/17 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 29, 2017 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  **Debtors must bring a picture ID and proof of their Social Security Number.** | Location:  **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/30/17** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 17-22351-JPC
Larry Ross                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: ccorona1            Page 1 of 2            Date Rcvd: Jul 28, 2017
                                Form ID: 309A             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.
```
db          +Larry Ross,    PO Box 162,    Wheeling, IL 60090-0162
tr          +Richard J Mason,    McGuire Woods LLP,    77 West Wacker Drive,    Suite 4100,
              Chicago, IL 60601-1818
25859715    +Barrington Orthopedic Specialist,    c/o Keynote Consulting,    220 W. Campus Dr., Ste. 102,
              Arlington Heights, IL 60004-1498
25859716     CEP America Illinois,    c/o Stanislaus Credit Cntrl,    914 14th St., PO Box 480,
              Modesto, CA 95354-1011
25859718    +City of Prospect Heights Red,    c/o Sonnenschein Financial,    2 Transam Plaza Dr., Ste. 300,
              Oakbrook Terrace, IL 60181-4817
25859719    +Cook Recorder of Deeds,    118 N. Clark St., Room 230,    Chicago, IL 60602-1387
25859722    +FIA Card Services NA,    c/o Midland Funding LLC,    2365 Northside Dr., Ste. 300,
              San Diego, CA 92108-2709
25859724    +Helen Hall,    1401 Somerset Close St.,    East Lansing, MI 48823-2435
25859725    +Kohl/Cap1,    PO Box 6497,    Sioux Falls, SD 57117-6497
25859727    +Midwest Imaging Professionals,    c/o Merchant Credit Guide,    223 W. Jackson Blvd., Ste. 700,
              Chicago, IL 60606-6914
25859728     National Tire & BT/CBNA,    PO Boc 6497,    Sioux Falls, SD 57117-6497
25859730     Northwest Health Care Associates,    2500 W. Higgins Rd., Ste. 505,
              Hoffman Estates, IL 60169-2045
25859731    +Northwest Health Care Associations,    c/o Choice Recovery Inc.,    PO Box 20790,
              Columbus, OH 43220-0790
25859732    +PHH Mortgage Ice Center,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
25859737    +Sigma Health,    c/o Choice Recovery Inc.,    PO Box 20790,    Columbus, OH 43220-0790
25859738    +Sigma Health PC,    9721 W. 165th Street,    Orland Park, IL 60467-5657
25859739    +The Colony Apartments,    c/o Fair Collections and Out,    12304 Baltimore Ave., Ste. E,
              Beltsville, MD 20705-1314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: davidsiegelbk@gmail.com Jul 29 2017 00:37:48     David M Siegel,
              David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
25859713    +EDI: IIC9.COM Jul 29 2017 00:19:00      AT & T UVerse,    c/o I C Systems Collections,
              PO Box 64378,    Saint Paul, MN 55164-0378
25859717    +EDI: CHASE.COM Jul 29 2017 00:18:00      Chase/Bank One Card Service,    PO Box 15298,
              Wilmington, DE 19850-5298
25859721     EDI: DISCOVER.COM Jul 29 2017 00:18:00      Discover Bank,    PO Box 15316,
              Wilmington, DE 19850
25859720    +E-mail/Text: bk@blittandgaines.com Jul 29 2017 00:38:26     Discover Bank,
              c/o Blitt & Gaines PC,    661 Glenn Avenue,    Wheeling, IL 60090-6017
25859723    +EDI: PRA.COM Jul 29 2017 00:18:00      GE Capital Retail Bank,    c/o Portfolio Recovery,
              120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502-4952
25859726     EDI: CBSKOHLS.COM Jul 29 2017 00:18:00      Kohl/Capital One,    PO Box 3115,
              Milwaukee, WI 53201-3115
25859729    +E-mail/Text: mmrgbk@miramedrg.com Jul 29 2017 00:39:04     Northwest Community Hospital,
              c/o Miramed Revenue Group,    360 E. 22nd St.,    Lombard, IL 60148-4924
25859733    +E-mail/Text: clientservices@northwestcollectors.com Jul 29 2017 00:38:26
              Physician Anesthesia Associates,    c/o Northwest Collectors,    3601 Algonquin Rd., Ste. 232,
              Rolling Meadows, IL 60008-3106
25859734    +EDI: DRIV.COM Jul 29 2017 00:19:00      Santander Consumer USA,    PO BOX 961245,
              Fort Worth, TX 76161-0244
25859735    +EDI: SEARS.COM Jul 29 2017 00:18:00      Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
25859736    +E-mail/Text: mprice@magesandprice.com Jul 29 2017 00:40:26     Short Term Loans LLC,
              c/o Mages & Price,    1110 Lake Cooke Rd., Ste. 385,    Buffalo Grove, IL 60089-1992
25859740    +EDI: VERIZONWIRE.COM Jul 29 2017 00:18:00      Verizon Wireless-South,    PO Box 26055,
              Minneapolis, MN 55426-0055
25859741    +E-mail/Text: clientservices@northwestcollectors.com Jul 29 2017 00:38:26
              Village of Rosemont,    c/o Northwest Collectors,    3601 Algonquin Road, Ste 232,
              Rolling Meadows, IL 60008-3106
25859742    +EDI: WFFC.COM Jul 29 2017 00:18:00      Wells Fargo Dealer Services,    PO Box 1697,
              Winterville, NC 28590-1697
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25859714*      AT & T UVerse,   c/o I C Systems Collections,    PO Box 64378,   Saint Paul, MN 55164-0378
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: ccorona1                 Page 2 of 2                   Date Rcvd: Jul 28, 2017
                              Form ID: 309A                  Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Larry  Ross davidsiegelbk@gmail.com,
               davidmsiegel@hotmail.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard J Mason    rmason@mcguirewoods.com, IL54@ecfcbis.com
                                                                                             TOTAL: 3
```